UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JARED SCHULTZ, JR.,  CIV. NO. 12-2833(MJD/JSM)

    Petitioner,  ORDER

v.

BECKY DOOLEY,
*WARDEN, MCF-MOOSE LAKE,*

    Respondent.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 18, 2013 [Doc. #10]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    (1)    Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. §2254 [Docket No. 3] is **DENIED.**

    (2)    No Certificate of Appealability shall be granted.

    (3)    This matter is dismissed with prejudice.

**Let Judgment be Entered Accordingly.**

Dated: December 4, 2013

    s/Michael J. Davis
    Michael J. Davis, Chief Judge
    United States District Court